# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIDNI MOORE, | CASE NO. 1:11-CV-00448 DLB PC |
| Plaintiff, | ORDER REGARDING CONSENT OR REQUEST FOR REASSIGNMENT (DOC. 9) |
| v. | |
| FRESNO COUNTY JAIL, et al., | RESPONSE DUE WITHIN THIRTY DAYS |
| Defendants. | |

Plaintiff Sidni Moore ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation. Plaintiff is proceeding pro se in this action. On May 2, 2011, the Court ordered Plaintiff to either consent or decline magistrate judge jurisdiction in this action. On May 6, 2011, Plaintiff returned a response which both consented and declined magistrate judge jurisdiction. Doc. 9.

Plaintiff should choose only one option. Accordingly, it is HEREBY ORDERED that the Clerk of the Court is directed to send Plaintiff a form regarding consenting or declining magistrate judge jurisdiction. Plaintiff is to check and sign only **one** section of the form and return the form within thirty (30) days from the date of service of this order.

IT IS SO ORDERED.

Dated:   May 13, 2011              /s/ Dennis L. Beck
                                   UNITED STATES MAGISTRATE JUDGE